1106

No. 96–7270. ELLIOTT v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–7278. TAYLOR v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–7280. STEPHEN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–7288. HARRINGTON v. CALIFORNIA COMMITTEE OF BAR EXAMINERS. Sup. Ct. Cal. Certiorari denied.

No. 96–7291. SING CHO NG v. QUIET FOREST II HOMEOWNERS ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7293. AZUBUKO v. MONTGOMERY, CLERK-MAGISTRATE, DISTRICT COURT OF MASSACHUSETTS, SUFFOLK COUNTY. C. A. 1st Cir. Certiorari denied.

No. 96–7294. LEVINE v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 96–7296. NICKEL v. HANNIGAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–7297. BONNER v. ALABAMA DEPARTMENT OF HUMAN RESOURCES ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7304. TATUM v. LAW OFFICES OF LINNIE L. DARDEN III ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–7306. MULLIGAN v. BARNETT BANK OF CENTRAL FLORIDA, N. A. Sup. Ct. Fla. Certiorari denied.

No. 96–7307. WOLF v. FEDERAL REPUBLIC OF GERMANY ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7308. TIMMONS v. TURNER, WARDEN. C. A. 6th Cir. Certiorari denied.